# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00446-CV

---

**Justin B. Yarborough, Appellant**

**v.**

**H.E. Smith, Ltd., Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-003512, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion to dismiss this cause with prejudice pursuant to the terms of a settlement agreement. Having reviewed the motion and the record, we grant the motion and dismiss the appeal.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Joint Motion

Filed: March 18, 2021